UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *ex rel.* ANDY BESHEAR, ATTORNEY GENERAL,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., WALGREENS MAIL SERVICE, LLC, WALGREENS SPECIALTY PHARMACY, LLC, WALGREENS.COM, INC. D/B/A WALGREENS #05823,<br><br>    Defendants. | Case No. 1:18-OP-46311<br><br>Judge Dan Aaron Polster |

## **NOTICE OF CONSENT TO REMAND**

While continuing to maintain that there is a basis for federal jurisdiction in this case, Defendants Walgreens Boots Alliance, Inc., Walgreen Co., Walgreens Mail Service, LLC, Walgreens Specialty Pharmacy, LLC, and Walgreens.com, Inc. hereby consent to remand of *Commonwealth of Kentucky, et al. v. Walgreens Boots Alliance, et al.*, Case No. 18-op-46311 (E.D. Ky.), to the Commonwealth of Kentucky, Boone County Circuit Court.[1]

An order remanding this case is attached.

---

[1] Walgreens Boots Alliance, Inc. has not yet been served but consents to remand. By consenting to remand, Walgreens Boots Alliance, Inc. and the other Walgreens Defendants do not waive and expressly reserve all defenses, including service defects and lack of personal jurisdiction.

Dated:  January 8, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Bartlit Beck LLP
54 West Hubbard Street
Chicago, Illinois 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., Walgreens Mail Service, LLC, Walgreens Specialty Pharmacy, LLC, and Walgreens.com, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, this 8th day of January, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., Walgreens Mail Service, LLC, Walgreens Specialty Pharmacy, LLC, and Walgreens.com, Inc.*