# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Commonwealth of Kentucky et al. v. Walgreens Boots Alliance, Inc. et al.*, 1:18-op-46311-DAP | Judge Dan Aaron Polster |
| | **ORDER** |

On Monday, January 14, 2019, the Court entered an Opinion and Order on the Commonwealth of Kentucky's Motion to Remand. Doc. #: 13. Prior to that order issuing, Walgreens filed a Notice of Consent to Remand. Doc. #: 12.

Upon consideration of Defendant Walgreens' Notice of Consent to Remand, the Court hereby withdraws its previous Opinion and Order as moot and **ORDERS** that the action entitled Commonwealth of Kentucky et al. v. Walgreens Boots Alliance, Inc. et al., 1:18-op-46311 (E.D. Ky.) is **REMANDED** to the Boone Circuit Court, Division III, Boone County, Kentucky.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *January 17, 2019*
 DAN AARON POLSTER
 UNITED STATES DISTRICT JUDGE